UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

```
_____
                               )
Karima A. Karim,               )
                               )
        Plaintiff,             )
    v.                         )   C.A. No. 10-519 S
                               )
Bank of America, N.A.,         )
                               )
        Defendant.             )
_____)
```

**ORDER**

WILLIAM E. SMITH, United States District Judge.

Before the Court is Plaintiff's Objection to Magistrate Judge David L. Martin's Report and Recommendation, dated May 6, 2011. (ECF No. 15.)  Magistrate Judge Martin recommended that Defendant's Motion to Dismiss be granted, and, to the extent that Plaintiff sought judgment by default, recommended that the request be denied.  Any objection to a Report and Recommendation by a magistrate judge must be filed within 14 days of its receipt.  See Fed. R. Civ. P. 72(b)(2); DRI LR CV 72(d).  This Court's review of such an objection is de novo.  See Fed. R. Civ. P. 72(b)(3).  Here the Plaintiff filed the Objection more than fourteen days following the service of the Report and Recommendation, thus waiving his right to review by the District Court and the right to appeal the Court's decision.  See DRI LR CV 72(d).

The Court is, however, "solicitous of the obstacles that pro se litigants face . . . and [will] endeavor, within reasonable limits, to guard against the loss of pro se claims due to technical defects."  Dutil v. Murphy, 550 F.3d 154, 158 (1st Cir. 2008).  After review of the Report and Recommendation, Plaintiff's Objection, and Defendant's response, the Court finds that the clear and thorough analysis set forth in the Report and Recommendation is supported by the factual record and the applicable law.  The Court further finds that the arguments in the Plaintiff's Objection to the Report and Recommendation are merely reiterative of those set forth in earlier filings and are without merit.

Therefore, the Report and Recommendation of United States Magistrate Judge David L. Martin filed on May 6, 2011, is accepted pursuant to  28 U.S.C. § 636(b)(1).  Accordingly, Defendant's motion to dismiss is GRANTED, and Plaintiff's requested judgment by default is DENIED.

IT IS SO ORDERED:


/s/ *William E. Smith*
William E. Smith
United States District Judge
Date: September 23, 2011